ACCEPTED
03-15-00085-CV
4636064
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 12:05:20 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00085-CV

# In the Third Court of Appeals
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 12:05:20 PM
JEFFREY D. KYLE
Clerk

_____

Michael J. DeLitta and
DelCom Properties, LLC,

*Appellants*

*v.*

Nancy Schaefer

*Appellee*

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 38.6(d) and 10.5(b), Appellee Nancy Schaefer files this motion for extension of time and would respectfully show the Court as follows:

I.

Appellants filed their brief on March 16, 2015. Appellee's brief currently is due on Monday, April 6, 2015. Appellee requests that the Court grant a 30-day extension of time by which to file her brief. **Granting this motion would make the brief due on May 6, 2015**.

1

## II.

Appellee needs additional time because the Appellants' Brief was filed while appellate counsel, Lisa Bowlin Hobbs, was on vacation, cutting into her time to respond. In addition, Ms. Hobbs has several other pre-existing deadlines:

- Handling post-judgment motions and briefing in Cause No. 7,637; *Leon Oscar Ramirez, Jr., et al. v. ConocoPhillips Company, et al.;* in the 49th Judicial District Court of Zapata County, Texas;

- Preparing Appellee's Reply Brief in No. 03-14-00603-CV; *In the Interest of R.H.M., a Child*; pending in this Court, due on April 20, 2015; and

- Preparing for an expert witness deposition on April 15, 2015, in No. 2013-61098; *Scott D. Martin and SKM Partnership, Ltd v. Andrews Kurth, LLP*; in 234th District Court of Harris County, Texas.

This extension is not sought for delay but to allow Ms. Hobbs the opportunity to properly prepare the brief. This is Appellee's first request for extension of time in this case.

Appellants, through counsel, indicate that they are unopposed to the relief sought in this motion.

**PRAYER**

Appellee Nancy Schaefer asks the Court to grant her a 30-day extension, making her brief due on May 6, 2015. Appellee also prays for any and all further relief to which she may be entitled.

Dated: March 25, 2015                     Respectfully submitted,

By:   /s/ Lisa Bowlin Hobbs

| | |
|---|---|
| Donald R. Taylor | Lisa Bowlin Hobbs |
|   State Bar No. 19688800 |   State Bar No. 24026905 |
|   dtaylor@taylordunham.com |   Lisa@KuhnHobbs.com |
| Of Counsel Stacey Reese | Kurt Kuhn |
|   State Bar No. 24056188 |   State Bar No. 24002433 |
|   stacey@reeselawpractice.com |   Kurt@KuhnHobbs.com |
| TAYLOR DUNHAM & RODRIGUEZ LLP | KUHN HOBBS PLLC |
| 301 Congress Avenue, Suite 1050 | 3307 Northland Drive, Suite 310 |
| Austin, Texas 78701 | Austin, Texas 78731 |
| (512) 473-2257 | (512) 476-6003 |
| (512) 478-4409 (fax) | (512) 476-6002 (fax) |

Howard F. Carter, Jr.,
  State Bar No. 03916500
  sam@scarterlawfirm.com
HOWARD F. CARTER, JR., P.C.
5600 Tennyson Parkway, Suite 160
Plano, Texas 75024
(972) 455-2001
(972) 455-2015 (fax)

**CERTIFICATE OF CONFERENCE**

Pursuant to Texas Rule of Appellate Procedure 10.1, I certify that, on March 25, 2015, I conferred with Douglas R. Drucker, counsel for Appellants, regarding this motion.  Mr. Drucker indicated that he is unopposed to the relief requested.

/s/ Lisa Bowlin Hobbs
Lisa Bowlin Hobbs

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 25, 2015, and in compliance with the Texas Rules of Appellate Procedure, a true and correct copy of this motion has been served as follows:

Douglas R. Drucker                                           *via e-Service*
Kirby D. Hopkins
DRUCKER | HOPKINS LLP
21 Watery Avenue, Suite 300
The Woodlands, TX  77380
**Counsel for Appellants**

Eric J. Taube                                                *via e-Service*
HOHMANN, TAUBE & SUMMERS LLP
100 Congress Avenue, 18th Floor
Austin, Texas 78701
**Counsel for Axiom entities and**
**Jeff Compton**

/s/ Lisa Bowlin Hobbs
Lisa Bowlin Hobbs